**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2946**

---

CHRISTOPHER BINDER,

Plaintiff - Appellant,

versus

WASHINGTON GAS - DISTRICT OF COLUMBIA
DIVISION,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, District Judge. (CA-95-319)

---

Submitted: February 6, 1996        Decided: February 21, 1996

---

Before NIEMEYER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christopher Binder, Appellant Pro Se. L. Edward Funk, WASHINGTON GAS LIGHT COMPANY, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

    Appellant appeals from the district court's order dismissing his claims under the Racketeering Influenced Corrupt Organizations Act, 18 U.S.C.A. §§ 1961-1968 (West 1984 & Supp. 1995), the Sherman Antitrust Act, 15 U.S.C. §§ 1-7 (1988), and the Equal Protection Clause of the Fifth Amendment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Binder v. Washington Gas</u>, No. CA-95-319 (E.D. Va. Oct. 6, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>